UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL JOSEPH ADAMS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1246** |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying John Miles Adams's claim for Disability Insurance Benefits is **VACATED AND REMANDED**.

New Orleans, Louisiana, this 23rd day of May, 2022.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**